```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0009--CR (JWS)
                                "USA V DAVID GLENN WAITS"
                                DEF 1.1 WAITS, DAVID GLENN

                     Including terminated defendants, excluding terminated counsel


      Presiding Judge:   The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:   The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
               Filed:   10/19/05
              Closed:   NO
  No. of Defendants:    1
      MJ Case Number:
                 AKA:
     Location status:   U.S. Custody
          Trial date:   12/19/05
          Terminated:   NO
  Needs interpreter:    NO
   Counsel of record:   Michael D. Dieni
                        Federal Public Defender
                        550 W. 7th Avenue, Suite 1600
                        Anchorage, AK 99501
                        907-646-3400
                        FAX 907-646-3480
                        Serve: YES
                         Type: FPD
                         Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:    David A. Nesbett
                        U.S. Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513
                        907-271-5071
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial



  Counts re: DEF 1.1 WAITS, DAVID GLENN
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:922(g)(1), 924(a)(2), 924(e) FELON IN POSSESSION OF A FIREARM (F) | Pending |
| 1 - 1 IND | 2 | 18:924(d)(1) CRIMINAL FORFEITURE (F) | Pending |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE J05-0009--CR (JWS)
                              "USA V DAVID GLENN WAITS"

                                   For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
             Filed: 10/19/05
            Closed: NO
No. of Defendants: 1


 Document #    Filed      Docket text
 ─────────── ─────────── ────────────────────────────────────────────────────────

      1 -  1  10/19/05   [Re: DEF 1] PLF 1 Indictment.

      2 -  1  10/20/05   [Re: DEF 1] JDR Grand Jury Minutes re: Indt secret; WOA to be iss; no
                         bail set.

   NOTE -  1  10/24/05   [Re: DEF 1] USM Notice of Arrest; defendant arrested 10/22/05 @
                         Petersburg, AK.

   NOTE -  2  10/24/05   Notation: Proposed Trial Date Setting for Arr to USDJ.

      3 -  1  10/24/05   DEF 1 Financial Affidavit.

      4 -  1  10/24/05   [Re: DEF 1] PMP Order of Detention Pending Hearing set for 10/28/05,
                         10:30 a.m. at Anchorage. cc: USA, M. Dieni, PTS, USM, Judge Sedwick

      5 -  1  10/24/05   [Re: DEF 1] PMP Order regarding preparation for trial w/parties to meet
                         by 10/31/05, PTMs due by 11/7/05. cc: USA, M. Dieni

      6 -  1  10/24/05   [Re: DEF 1] PMP Court Minutes [ECR: Keitha Kolvig] re: I/A on Indictment
                         (held 10/24/05): Financial Aff filed; FPD appointed; plead Not Guilty to
                         Cts I and II; def detained; detention hrg set for 10/28/05, 10:30 a.m.
                         at Anchorage; cnsl to meet and PTMs due as stated. cc: USA, M. Dieni,
                         PTS, USM, Judge Sedwick

      7 -  1  10/27/05   [Re: DEF 1] PLF 1 Discovery Conference Certificate.

      8 -  1  10/28/05   [Re: DEF 1] JWS Minute Order setting TBJ on 12/19/05 @ 9:00 a.m. @
                         Juneau, AK & FPTC on 12/19/05 @ 8:30 a.m. @ Juneau, AK. cc: USA, FPD,
                         USM, USPO, MJ Pallenberg, ECR Divisional Deputy, JC

      9 -  1  10/28/05   3[Re: DEF 1] PMP Court Minutes [ECR: Caroline Edmiston] RE: Detention
                         Hearing (held 10/28/05); Defendant's oral motion to release the
                         defendant Denied. Defendant detained. CC: USA, FPD, USM, USPO.

     10 -  1  10/28/05   [Re: DEF 1] PMP Order of Detention Pending Trial.  CC: USA, FPD, USM,
                         USPO.

     11 -  1  10/31/05   [Re: DEF 1] Return of WOA executed on 10/22/05.

     12 -  1  11/07/05   DEF 1 motion to suppress search and seizure evidence w/att aff.

     13 -  1  11/07/05   DEF 1 Unopposed motion for 3 day ext of time to file PTM's w/att aff.

     14 -  1  11/10/05   DEF 1 Memo re: DEF 1 motion to suppress search and seizure evidence
                         (12-1) w/att aff.

     15 -  1  11/15/05   [Re: DEF 1] PMP Order granting Unopposed motion for 3 day ext of time to
                         11/10/05 to file PTMs. (13-1) cc: USA, M. Dieni, Judge Sedwick


 ACRS: R_RDSDX              As of 12/01/05 at 2:56 PM by GARRY                        Page 1
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE J05-0009--CR (JWS)
                                   "USA V DAVID GLENN WAITS"

                                        For all filing dates


Document #    Filed       Docket text

    16 -  1   11/15/05    [Re: DEF 1] PMP Minute Order evidentiary hrg on def's mot to suppress
                          (dkt 12) is set for 11/29/05 at 11:00 a.m. in Juneau.  cc: AUSA, FPD,
                          USM, USPO, JUDGE SEDWICK

    17 -  1   11/18/05    [Re: DEF 1] PLF 1 motion for submission of cassette tape evidence w/att
                          prop oppo & cassette tape.

    18 -  1   11/21/05    [Re: DEF 1] PMP Minute Order grant motion for submission of cassette
                          tape evidence (17-1) subject to any objection due NOON 11/28/05 & to be
                          heard at 11/29/05 evident hrg. cc: USA, FPD

    19 -  1   11/21/05    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress search and
                          seizure evidence (12-1) w/att exh (tape)

    20 -  1   11/23/05    [Re: DEF 1] PLF 1 Unopposed motion for continuance of evidentiary
                          hearing.

    21 -  1   11/28/05    [Re: DEF 1] PMP Minute Order denying unoppo mot for continuance of
                          evidentiary hrg (20-1); govt cnsl may appear telephonically @
                          evidentiary hrg. cc: USA, FPD

    22 -  1   11/28/05    [Re: DEF 1] PMP Minute Order resetting 11/29/05 evid hrg for 12/1/05 @
                          10:30 a.m.. cc: USA, FPD, USM, USPO

    23 -  1   11/30/05    [Re: DEF 1] PLF 1 Notice of telephonic participation for evidentiary
                          hearing set for 12/1/05 at 10:30 a.m. filed on shortened time.
```