**FILED**

DEC 1 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____PD_____ Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   DAVID GLEN WAITS

THE HONORABLE PHILIP M. PALLENBERG

DEPUTY CLERK                           CASE NO. J05-009 CR (JWS)

Patty Demeter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: December 12, 2005

Parties are hereby notified that the Court's Initial Report and Recommendation at docket 25 is hereby amended, that objections shall be due on or before Tuesday, December 13, 2005.

PD 12-12-05 Faxed to Counsel

J05-0009--CR (JWS)
-------------------------------------
M. DIENI (FPD)
D. NESBETT (AUSA)

