MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FILED DEC 14 2005 UNITED STATES DISTRICT COURT DISTRICT OF ALASKA Deputy

UNITED STATES OF AMERICA    v.    DAVID GLENN WAITS

THE HONORABLE JOHN W. SEDWICK    CASE NO.    J05-0009 CR (JWS)

Deputy Clerk                Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:    ----

                for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

The final pre-trial conference and trial by jury in this case presently set for December 19, 2005, are **VACATED** to afford the district judge sufficient time to review the record and decide the motion to suppress filed at docket 12 and which is the subject of the R&R at docket 25 and the parties objections thereto.

After the court decides the motion to suppress, the final pre-trial conference and trial by jury will be re-set to a date which is within the Speedy Trial Act window if the parties' reactions to the court's decision do not eliminate the need for a trial.

The Clerk will please call counsel to advise of this order.

DATE: December 14, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

prr ✓ 12/14/05 t/c notice: D. Nesbett, M. Dieni, USPO, USM, Jc

[FORMS*IA*]

J05-0009--CR (JWS)    12-14-05

✓ M. DIENI (FPD)
✓ D. NESBETT (AUSA)
✓ US MARSHAL

✓ US PROBATION
✓ JURY CLERK
✓ ECR
✓ MAGISTRATE JUDGE PALLENBE
✓ DIVISIONAL DEPUTY

29