Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 19 AM 10: 59

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID GLENN WAITS,<br><br>    Defendant. | Case No. J05-0009 CR (JWS)<br><br>MOTION FOR HEARING TO CONSIDER CHANGE OF PLEA |

Defendant, David Glenn Waits, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a hearing to consider a change of plea. By agreement of the parties, Mr. Waits will be entering a conditional plea to the charge in the one count indictment. Mr. Wait prefers to have the matter heard in Juneau and will readily consent to having the matter heard by the Magistrate Judge.

DATED this 19 day of December, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

_/s/ Michael Dieni_
Michael Dieni
Assistant Federal Defender

32

Certification:

I certify that on Dec. 19, 2005, I hand delivered a copy of this document to:

David A. Nesbett, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9 Rm 253
Anchorage, AK  99513-7567

*Lenora L. Roehling* (signature)
Lenora L. Roehling