MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FILED
DEC 20 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By ___prk___ Deputy

UNITED STATES OF AMERICA     v.     DAVID GLENN WAITS

THE HONORABLE JOHN W. SEDWICK     CASE NO.  J05-009 CR (JWS)

Deputy Clerk                      Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Defendant's motion to consider change of plea is hereby GRANTED. The proposed change of plea hearing is scheduled to commence at 9:00 a.m. on Wednesday, December 28, 2005, at Anchorage, Alaska.

12/20/05 t/c notice: D. Nesbett, M. Dieni, USM, USPO

DATE: December 20, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

J05-0009--CR (JWS)   12/20/05

M. DIENI (FPD)            US PROBATION
D. NESBETT (AUSA)         MAGISTRATE JUDGE PALLENBE
US MARSHAL

33