```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. __DAVID GLENN WAITS__   CASE NO. __J05-0009-CR (JWS)__
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE: _____JOHN W. SEDWICK_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: _____DAVID NESBETT_____

DEFENDANT'S ATTORNEY: _____MIKE DIENI_____

U.S.P.O.: _____PAMELA SHAW_____

PROCEEDINGS: PROPOSED CHANGE OF PLEA HELD 12/28/05:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant stated true name: _____Same as above_____ Age: __41__

_X_ Defendant changed plea to a conditional plea of guilty on counts __1 of the Indictment.__

_X_ Court accepted plea. Referred to P.O. for presentence report.

_X_ Imposition of Sentence to be set by Minute Order for the month of March in Anchorage, Alaska.

_X_ Defendant detained pending Imposition of Sentence.

_X_ OTHER: __Court and counsel heard re presentence report.__

At 9:25 a.m. court adjourned.


DATE: __December 28, 2005__   DEPUTY CLERK'S INITIALS: __Ce__