**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

FILED
DEC 28 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES OF AMERICA   v.   DAVID GLENN WAITS

THE HONORABLE JOHN W. SEDWICK    CASE NO. J05-0009 CR (JWS)

Deputy Clerk                      Official Recorder

Pam Richter                       _____

APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The sentencing hearing in this case will be commence at **8:30 AM** on **Wednesday, March 22, 2006,** at Anchorage, Alaska.

**NOTICE**
No less than seven (7) days prior to the sentencing date each party shall file a written sentencing memo pursuant to D.AK 32.1 (d) and serve opposing counsel and the probation officer.

DATE: December 28, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

[FORMS*IA*]

35