MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *DAVID GLENN WAITS*

THE HONORABLE JOHN W. SEDWICK                CASE NO. 1:05-cr-00009 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**                Date:  February 22, 2006

---

The sentencing hearing in this case set for March 22, 2006, at 8:30 a.m. is **VACATED** and **RE-SET** to **8:00 a.m.** on **March 24, 2006**, in Courtroom 3 in Anchorage.