DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
fax: 271-1500
email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:05-cr-0009-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NON-OPPOSED MOTION FOR** |
| | ) | **CONTINUANCE OF** |
| v. | ) | **SENTENCING HEARING** |
| | ) | |
| DAVID G. WAITS , | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through counsel, and hereby requests a continuance of the sentencing hearing currently set for March 24, 2006.

The sentencing had been originally set for Wednesday, March 22. In an order from chambers, the court vacated the original date of sentencing and re-set the sentencing for Friday, March 24, 2006.  The undersigned is scheduled to be out

of state on personal leave from the evening of Thursday, March 23, through the following Tuesday, March 28, and will be back in the office on Wednesday, March 29. If the court's schedule allows, the government requests that the sentencing hearing be re-set for Wednesday through Friday of that week, March 29 through March 31, 2006. Counsel for the defendant has been contacted and does not oppose this motion.

The government respectfully requests, therefore, that the evidentiary hearing be reset for a time of the court's convenience the following week during March 29-31, 2006.

RESPECTFULLY submitted this 13th day of March, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
ACTING UNITED STATES ATTORNEY

s/David Nesbett
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
fax: 271-1500
email: david.nesbett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2006, a copy of the foregoing was served electronically on Michael Dieni.

s/ David Nesbett