IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR THE COUNTY OF LINCOLN

FILED
BY [signature]
SEP 7 1983
AT CIRCUIT COURT

| | | |
|---|---|---|
| TE OF OREGON, | ) | No. CR83/753 |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | ORS 164.225 F/A; 164.055 F/C |
| DAVID GLENN WAITS | ) | |
| DOB: 6/3/64    Defendant. | ) | DA. |

The above-named defendant is accused by the Grand Jury of the County of Lincoln of the offense(s) of BURGLARY IN THE FIRST DEGREE and THEFT IN THE FIRST DEGREE

committed as follows:

COUNT I: The above-named defendant, on or about the 29th day of April, 1983, in Lincoln County, Oregon, did unlawfully and knowingly enter and remain in a building, to-wit a dwelling located at Salmon River Mobile Village #1, Otis, the residence of Gust John Haft, with the intent to commit the crime of theft therein;

COUNT II: THEFT IN THE FIRST DEGREE - As part of the same act and transaction as alleged in Count I herein, the said defendant, on or about the 29th day of April, 1983, in Lincoln County Oregon, did unlawfully and knowingly commit theft of money and jewelry the property of Gust Jo ft, of the total value of Two Hundred Dollars or more.

Dated at Newport, Oregon,    September 7th, 1983.
This Indictment is filed with the Trial Court Administrator on    September 7th, 1983.
Witnesses, certified reports & affidavits, ORS 132.320, 132.580: The following persons testified personally unless otherwise indicated:

1. Art Duran          4. Jerry Eppler
2. William Green      5.
3. Gust John Haft     6.

A True Bill
[signature]
Foreman of Grand Jury

ERIK WASMANN, District Attorney
By: [signature] Judith A. Neuman
Judith A. Neuman    Deputy

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF LINCOLN

CIRCUIT ✓ DISTRICT ___ COURT
FILED ✓ RECEIVED ___

DEC 22 1983

STATE OF OREGON,                Plaintiff,      )
                                                )
Erik Wasmann          , Attorney,               )   SENTENCING ORDER
                                                )
      vs.                                       )   No. CR831753
                                                )
DAVID WAITS           , Defendant,              )   Da. 83-1227
                                                )
J. F. Ouderkirk       , Attorney.               )

This matter coming before the Court on the date of December 19th, 1983. The defendant appearing in person and by and through his attorney named above, and the State appearing of its attorney listed, the defendant having heretofore entered a plea of/been found guilty of:
BURGLARY IN THE FIRST DEGREE as charged in Count I

XX  The Court having considered a presentence investigation and report which was ordered and received in this case;

___ The defendant and State having waived any rights to a presentence investigation;

    IT IS HEREBY ORDERED that the defendant be and hereby is adjudged/found GUILTY of
    BURGLARY IN THE FIRST DEGREE

IT IS FURTHER ORDERED THAT:

___ Imposition of sentence is suspended and the defendant placed on probation to the Corrections Division of the State of Oregon for a period of **Five Years** from this date;

___ The defendant is sentenced to the legal and physical custody of the Corrections Division of the State of Oregon for a period not to exceed _____ years, execution of sentence is suspended and the defendant placed on probation to the Corrections Division of the State of Oregon for a period of _____ years;

___ The defendant is sentenced to the legal and physical custody of the Lincoln County Sheriff for a period not to exceed _____, execution of sentence is suspended and the defendant placed on probation to the Corrections Division of the State of Oregon/The Court for a period of _____ years from this date;

The probation granted to the defendant is subject to the following conditions:

XX  That he abide by the eleven general conditions of the Corrections Division, a copy which is attached hereto and by this reference made a part hereof;

XX  That he violate no law and conduct himself as a law-abiding citizen;

XX  That he not use or possess alcoholic beverages;

XX  That he submit his person, residence, vehicle and property to a search by his probation officer, having reasonable ground to believe that such search will disclose evidence of a probation violation;

Page 1 - Sentencing Order # CR831753 (WAITS)

## GENERAL CONDITIONS OF SUPERVISION

County

The Court may place the defendant on probation subject to the following conditions of probation (unless specifically deleted by the Court (ORS) ):

1. Remain under the supervision and control of the Probation Department.

2. Abide by the direction of the Probation Officer or his representative.

3. Promptly and truthfully answer all reasonable inquiries by the Probation Officer relating to probation.

4. Truthfully report promptly at times and in a manner prescribed by the Probation Department or its representative.

5. Remain in the State of Oregon until written permission to leave is granted by the Probation Department representatives.

6. Find and maintain gainful full-time employment, approved schooling, or a full time combination of both. A waiver of this requirement must be based on a finding by the Court stating the reasons for the waiver.

7. Change neither employment nor residence without promptly informing the Probation Department or its representatives.

8. Permit the Probation Officer to visit the probationer or the probationer's residence or worksite.

9. Submit to fingerprinting or photographing or both as required by the Probation Department for supervision purposes.

10. Obey all laws, municipal, county, state and federal. Under Federal Firearms Act of 1968 probationer is not to own a crime punishable as a felony, the use or possession of a firearm.

11. Pay fines, costs, including probation costs, attorneys fees, or restitution, or any combination thereof ordered by Court on a schedule of payments determined by the Court.

XX    That he enter/maintain and successfully complete an alcohol recovery/psychiatric program with Lincoln County Mental Health or their designee; ( ) Said program to include monitor ingestion of antabuse _____ time weekly, unless he is excused, in writing, by a duly licensed physician;

____    That he not enter into or remain in places where alcoholic beverages are sold by the drink except for the purpose of consuming a meal or for employment purposes, and then only so long as he is working or consuming a meal;

____    That he pay a fine in the amount of $_____;

XX    That he pay a probation fee through the Court Administrator in the amount of $10.00 per month, beginning _____, and each month thereafter that he is on probation;

That he make restitution as listed below:

XX    To the State of Oregon for attorney fees in the amount of $325.00; To the State of Oregon for extradition costs in the amount of $1,020.00; To Gust Haft, Salmon River Mobile Village #1, Otis, Ore., in the amount of $6,348.25;

XX    Attorney fees, restitution, and fines shall be paid through the Court Administrator in payments of not less than $ 100.00 / xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx per month, the first payment to be made on or before the 5th day of February, 1984, and each month thereafter until paid in full, and upon failure to make a payment in accordance with this order the defendant is ordered to appear in this Court on the next legal day; Payment to be divided equally between Attorney fees and victim and then to Extradition costs and victim;

XX    That he submit to a random breath/blood test or urinalysis at the direction of his probation officer;

That he be confined to the Lincoln County Jail for a period of 120 days, said sentence to be served: with credit for time served

Said sentence is to be consecutive/concurrent with the sentence imposed in _____

XX    The following be and hereby are dismissed: all remaining counts

IT IS FURTHER ORDERED that any security release amount posted in this matter be returned, less statutory costs, to the individual posting said amount:

IT IS FURTHER ORDERED that any outstanding warrant for the arrest of the said defendant be and hereby is recalled;

IT IS FURTHER ORDERED that any evidence held in this matter be disposed of in accordance with Oregon law.

ADDITIONAL SPECIAL CONDITIONS:

XX    The defendant is to undergo medical, psychological or therapy treatment at the direction of his probation officer;

XX    The defendant is to submit to a polygraph examination at the direction of his probation officer

Dated this _____ day of December, 19 83.
NUNC PRO TUNC December 19th, 1983.

A. R. McMullen    Circuit Court Judge

Page 2 - Sentencing Order # CR831753 (WAITS)

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF LINCOLN

STATE OF OREGON,           )
    Plaintiff,         )   JUDGMENT - CORRECTIONAL COMMITMENT
  vs.                      )   No. CR831753
DAVID WAITS                )   DA. 83-1227
    Defendant.         )

This matter coming before the Court on this <u>11th</u> day of <u>September</u>, 19<u>84</u>, for imposition of sentence, following the defendant's conviction(s) of <u>Probation Violation (original charge - Burglary in the First Degree)</u>

NOW, THEREFORE, IT IS ADJUDGED that the said defendant be **imprisoned** in a penal or correctional institution of the State of Oregon for an **indeterminate period** of time, the maximum term of which shall be, and hereby is fixed at <u>Five Years</u> and said defendant is hereby committed to the legal and physical custody of the Corrections Division of the State of Oregon.

IT IS FURTHER ORDERED that the defendant make restitution to the following: To <u>Gust Haft, Salmon River Mobile Village, #1, Otis, Ore., in the amount of $6,348.25, to the State of Oregon for extradition costs, $2,007.60, To the State of Oregon for previous attorney fees and attorney fees for this proceeding in the amount of $449.50</u> to be paid through the Court Administrator in payments of not less than <u>$50.00</u> per month, the first payment to be made on or before the last day of the first full month after the defendant is released from custody and each month thereafter until paid in full, and upon failure to make a payment in accordance with this order the defendant is ordered to appear in the Court on the next legal day; 1st to Haft, 2nd to attorney fees and last to extradition costs;

IT IS FURTHER ORDERED that any security release posted in this matter be returned, less statutory costs, to the individual posting said amount; and

IT IS FURTHER ORDERED that any outstanding warrant for the arrest of the said defendant be and it hereby is recalled; and

IT IS FURTHER ORDERED that any evidence held in this matter be disposed of in accordance with Oregon law; and

IT IS FURTHER ORDERED that the Lincoln County Sheriff transport the said defendant to the Corrections Divison in Salem, Oregon; and

* * * *

Page 1 of 2 Correctional Commitment Order # CR831753 (WAITS)

1   ( ) Said sentence is to run concurrently/consecutively with the sentence
imposed in Circuit Court case _____.
2   ( ) IT IS ORDERED that the following be and the same hereby are dismissed:
3   _____.
4   Dated this 13th day of September, 1984.
    NUNC PRO TUNC September 11th, 1984.
5
6                                   Circuit Court Judge, A. R. McMullen
7   Appearances:
8   Deputy District Attorney: Judith A. Neuman
    Defense Counsel: J. F. Ouderkirk
9   Defendant: David Waits
10
11  STATE OF OREGON ) ss.
    County of Lincoln )
12      I, Ulys J. Stapleton, hereby certify that I am the District Attorney for
    Lincoln County, Oregon, and that I served the within MOTION/PROPOSED ORDER/AFFIDAVIT/
13  PETITION/CITATION/MEMORANDUM/_____
    upon _____, Attorney of Record for
14  the defendant/the defendant herein by depositing a true copy of said instrument
    certified to as such by me, in the United States Post Office mail box located at the
15  Lincoln County Courthouse, Newport, Oregon, on the _____ day of _____,
    19____, in an envelope securely sealed and addressed to the said attorney/defendant
16  at his office address/home address:_____
    _____, with postage fully prepaid.
17      Dated this _____ day of _____, 19_____.
18                                      _____
19                                      Deputy District Attorney.
    STATE OF OREGON ) ss.
20  County of Lincoln )
21      I hereby certify that the foregoing is a full, true and correct copy of the
    original MOTION/PROPOSED ORDER/AFFIDAVIT/PETITION/CITATION/MEMORANDUM/_____
22  _____ on file herein, and of the whole thereof.
    ULYS J. STAPLETON
23                                      , District Attorney for Lincoln County
24                                      _____
                                        Deputy District Attorney/Secretary
25
26

Page 2 of 2 Correctional Commitment Order #