IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR CLACKAMAS COUNTY

| | | |
|---|---|---|
| THE STATE OF OREGON, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | No. 86-898 |
| vs. | ) | |
| | ) | ORS 164.405 |
| DAVID GLENN WAITS, | ) | |
| Defendant. | ) | |

05 OCT 22 P4:27

The above-named defendant is accused by the Grand Jury of the County of Clackamas, State of Oregon, by this indictment of the crime of ROBBERY IN THE SECOND DEGREE committed as follows:

COUNT I

The said defendant on or about the 13th day of October, 1986, in the County of Clackamas, State of Oregon, then and there being, did then and there unlawfully and knowingly threaten the immediate use of physical force upon David Allen Vanderpool, by displaying a piece of pipe to said Mr. Vanderpool and demanding money, and did represent that he, the said defendant, was armed with a dangerous weapon, to-wit: a piece of pipe, while in the course of committing theft of property, to-wit: U.S. currency, with the intent of preventing resistance to the said defendant's taking of the said property, said act of defendant being contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Oregon.

Dated this 21st day of October, 1986.

_____  A TRUE BILL    Witnesses examined before the
                                        Grand Jury:
_____                 David Allen Vanderpool
Foreman of the Grand Jury               Stephen Leroy Tribby
                                        David Howard

JAMES W. O'LEARY
District Attorney

By _____ Deputy

Certified True Copy Of The Original
Dated This 14 Day Of Oct, 2005
Trial Court Administrator
By: _____

OCPD 86-4147

1

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF CLACKAMAS

| | | |
|---|---|---|
| STATE OF OREGON, | ) | |
| Plaintiff, | ) | No. 86-898 |
| | ) | |
| -vs- | ) | SENTENCE ORDER |
| | ) | |
| DAVID GLENN WAITS, | ) | |
| Defendant. | ) | |

This matter coming on to be heard on January 23, 1987, before the HONORABLE HOWARD J. BLANDING, State of Oregon appearing by Andrejs I. Eglitis, Deputy District Attorney, defendant appearing in person and with counsel, Arthur Slininger, and it appearing to the Court that the defendant previously pled GUILTY to ROBBERY IN THE SECOND DEGREE, imposition of sentence was continued pending receipt of presentence investigation report, said report having been received, this being the time set for sentencing, statements having been heard on both sides, and the Court being fully advised;

IT IS HEREBY ORDERED that the defendant is sentenced to serve a term not to exceed ten (10) years in the legal and physical custody of the Corrections Division of the State of Oregon.

THE COURT FINDS as an aggravating factor that the defendant committed new crime while on probation or parole.

IT IS FURTHER ORDERED that the record reflect that the Court has advised the defendant of his right to appeal this

Page  1 - SENTENCE ORDER/
        WAITS/86-898
                    JAMES W. O'LEARY #65090
                    Clackamas County District Attorney
                    7 Clackamas County Courthouse
                    Oregon City, OR 97045

1  sentence and his right to Court-appointed counsel at the State's

2  expense to pursue his appeal.

3

4  DATED: January 26, 1987

5  /s/ Howard J. Blanding
   _____
   HOWARD J. BLANDING, JUDGE

6
                                    Ron Krueger-Court Reporter
7

8  Submitted by:
   CLACKAMAS COUNTY
9  DISTRICT ATTORNEY'S OFFICE
   Andrejs I. Eglitis, #77092

Page  2 - SENTENCE ORDER/
          WAITS/86-898        JAMES W. O'LEARY #65090
                              Clackamas County District Attorney
                              7 Clackamas County Courthouse
                              Oregon City, OR 97045