IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR CLACKAMAS COUNTY

THE STATE OF OREGON,  )  INDICTMENT
      Plaintiff,  )
      )  No. 89-307
vs.  )
      )  ORS 164.225
DAVID GLEN WAITS,  )
      Defendant.  )



The above-named defendant is accused by the Grand Jury of the County of Clackamas, State of Oregon, by this indictment of the crime of BURGLARY IN THE FIRST DEGREE committed as follows:

COUNT I

The said defendant on or about the 20th day of January, 1989, in the County of Clackamas, State of Oregon, then and there being, did then and there unlawfully and knowingly enter and remain in a building, to-wit: a dwelling, located at Apt. A, Huckleberry Inn, Government Camp, Oregon, with the intent to commit the crime of theft therein, said act of defendant being contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Oregon.

Dated this 11th day of April, 1989.

_____ A TRUE BILL   Witnesses examined before the
                                               Grand Jury:
_____          Lyle A. Schwartz
Foreman of the Grand Jury        Dana Marie Logan

JAMES W. O'LEARY
District Attorney

By _____ Deputy

Certified True Copy Of The Original
Dated This 14 Day Of Oct, 2005
Trial Court Administrator
By _____

OSP

SID # 6[...]11

STATE OF OREGON
CLACKAMAS COUNTY COURTS
89 OCT 26 AM 10:03

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF CLACKAMAS

STATE OF OREGON,
        Plaintiff,

        No. 89-907

-vs-

SENTENCE ORDER, ENTRY OF JUDGEMENT OF CONVICTION

DAVID GLEN WAITS,
        Defendant.

    This matter coming on to be heard on September 26, 1989, before the HONORABLE PATRICK D. GILROY, State of Oregon appearing by Julie D. Elkins, Deputy District Attorney, defendant appearing in person and with counsel, Kathleen Correll, and it appearing to the Court that the defendant previously pled GUILTY to BURGLARY IN THE FIRST DEGREE, imposition of sentence being continued pending receipt of presentence investigation report, said report having been received, this being the time set for sentencing, statements having been heard on both sides, and the Court being fully advised;

    IT IS HEREBY ORDERED that defendant is adjudged to be convicted of the crime of BURGLARY IN THE FIRST DEGREE.

    IT IS FURTHER ORDERED that defendant serve a period of ten (10) years in the legal and physical custody and control of the Corrections Division of the State of Oregon, defendant to serve a minimum of three (3) years before being eligible for parole. Execution of sentence is suspended and defendant placed on probation for a period of five (5) years to the Corrections Division, Clackamas County Community Corrections on the following conditions:

1 - SENTENCE ORDER

JAMES W O'LEARY #65090
Clackamas County District Attorney
7 Clackamas County Courthouse
Oregon City, OR 97045

1. That defendant obey all laws, orders of the Court and rules of probation.

2. That defendant serve a period of one (1) year in the Clackamas County Jail, said sentence to be served consecutively to the time defendant is presently serving.

3. That defendant not use or possess any controlled substances, including marijuana.

4. That defendant not associate with any person known to use, sell or possess controlled substances illegally.

5. That defendant undergo a drug evaluation and treatment as recommended.

6. That defendant submit person, residence, vehicle, or property to search by probation officer at any time of the day or night, without benefit of a search warrant, when the probation officer has reasonable grounds to believe that such search will reveal evidence of a violation of probation.

7. That defendant submit to random monitored urinalysis at the direction of the probation officer and at defendant's own expense.

8. That defendant reimburse the State of Oregon for the cost of his court-appointed counsel in the amount of $500.00.

9. That defendant pay a victim's assessment fee in the amount of $50.00.

10. That defendant pay restitution to Dana Logan, Apt. A Huckleberry Inn, Government Camp, Oregon 97028, in the amount of $194.18.

11. That defendant seek and maintain gainful employment.

THE COURT FINDS defendant was on escape status when committing present crime as an aggravating factor.

THE COURT FURTHER FINDS that the defendant has the ability to work and the future ability to pay the above ordered

Page 2 - SENTENCE ORDER

JAMES W. O'LEARY #65090
Clackamas County District Attorney
7 Clackamas County Courthouse
Oregon City, OR 97045

1   financial obligations, in monthly amount set by the probation
2   officer.
3       IT IS FURTHER ORDERED that the record reflect that the
4   Court has advised the defendant of his right to appeal this
5   sentence and his right to Court-appointed counsel at the State's
6   expense to pursue his appeal.
7   DATED: ~~October~~ *Nov.* 3, 1989.

8
9   /s/ Patrick D. Gilroy
    PATRICK D. GILROY, JUDGE
10                           June Thom-Court Reporter
11   Submitted by:
    CLACKAMAS COUNTY
12   DISTRICT ATTORNEY'S OFFICE
    Julie D. Elkins, #86032
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Page 1 - SENTENCE ORDER

JAMES W. O'LEARY #65090
Clackamas County District Attorney
7 Clackamas County Courthouse
Oregon City, OR 97045
(503) 655-8431