3-16-06

(To:  Mr. Dieni and respectively Judge Sedwick)

Mr. Dieni;

I am writing in behalf of my son David Waits.  There are some important factors that I feel should be known and brought forth in court about david as to why he has been led to the life that encircle's him.  To know david you would first have to know what a horrible childhood david had and how it still effects him today.

The beginning was when davids father came to Oregon and stole my children, along with david and his 2 brothers, david was 5 yrs. old.  He took them from the only one that ever showed them love and appreciation for them, their mother and took them to Arkansas. Davids father did not take them away because I was a bad mother or because he missed them, loved them, or either wanted them, he took them to try and get me back, not thinking or considering for one second about what they wanted, that was of no importance.  I feared for my life with their father and after 3 trips to the hospital in one year, I would have been no good to my children if I did no longer exist.

When their fathers plan A did not work, then he went to plan B which was total revenge for me and Brainwashed them into believing I was the worse mother in the world, and that I did not love them.  Cards and money, presents, that were sent to them by me, they never saw.  David was his favorite and always said that he was going to make david exactly like him.

Davids father was a hard worker and made good money, little of that was of benefit to his children.  How their father kept a job for so many years on drugs and alcohol, I will

never know, but he some how managed to fake it.  The drugs & the alcohol was from his waking in the morning until he finally passed out at night, then back to the same thing.

Davids father to rid himself of responsibility every evening and on weekends would give these children a fifth of whiskey and send them down to the river to drink the entire bottle then often to return for another.  Keep in mind the children were but babies 5 and 6 yrs. old.

Then the Day came for him to introduce them to drugs, David 10 yrs. his older brother 11 yrs. old, took a needle with cocaine in it and shot it in my childrens veins, my God how could anyone do this to their children?  I will never until I take my last breath understand how a parent can love or care about their child and do this horrible thing to them, I cry writing this letter just thinking about it, can you imagine for a quick second how david must have felt and still does to this day?  He must have flashbacks of his life growing up as a child.

While in the care of his father, david was repeatedly raped by his uncles father-in-law.  David never told his father for fear of what his father may think of him.  David was a tender age of eight when this began.  Everything david done was to get approval the only form of love that david received from his father.  Everytime he done something wrong, his father gave him approval for his good work.  David lived to make his father happy and proud of him, that was all he had to hold onto.

Had I known these things were happening, somehow I would have gone back to Arkansas, gotten custody of my Babies and filed charges against the culprits.

Unfortunately these people, their father, Ray Hodge (the child rapist) have taken

the easy way out and have both passed away. These two people should be on trial today for these horindous crimes of inocence.

David doesn't talk very much about the rapes to anyone. He however has talked to me about it since his father passed away. He did not want me to know about it until his father was gone. I have seen the pain in his face, I have heard the blood curtiling crys in his voice, I know how the pain of every waking day engulfs him. Drinking and drugs are the way he was taught to take care of problems.

I pray that special consideration due to these facts will be taken today for the pain of a young and talented man that never knew childhood as we knew it. Tell david mom loves him much.

Sincerely,

Terri Jackson