## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *DAVID GLENN WAITS*

THE HONORABLE JOHN W. SEDWICK                    CASE NO. 1:05-cr-00009 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**                    Date: March 23, 2006

    The unopposed motion at docket 39 to continue the sentencing proceeding is **GRANTED** as follows:  The sentencing proceeding set for March 24, 2006, at 8:00 a.m. is **VACATED** and **RESET** for **April 11, 2006,** at **8:00 AM** in Anchorage.