## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

### *UNITED STATES OF AMERICA*    v.    *DAVID GLENN WAITS*

THE HONORABLE JOHN W. SEDWICK            CASE NO. 1:05-cr-00009 (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**            Date:  April 12, 2006

_____

The court will resume the sentencing proceeding in this case at **11:00 AM** on **July 6, 2006**, in Anchorage.

_____