MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *DAVID GLENN WAITS*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 1:05-cr-00009 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: June 8, 2006

The sentencing proceeding presently scheduled for 11:00 AM on July 6, 2006, in Anchorage is hereby **RE-SCHEDULED** for **10:00 AM** on the same date in Anchorage.