Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DAVID GLENN WAITS,<br><br>           Defendant. | Case No. 1:05-cr-0009-JWS<br><br>NON-OPPOSED MOTION TO RESCHEDULE SENTENCING |

Defendant, David Glenn Waits, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order rescheduling the sentencing now set for July 6, 2006, at 10:00 a.m.  This motion is non-opposed by Assistant United States Attorney David Nesbett.  The parties request re-setting the matter for the afternoon of July 6, or the following week, if possible.

This motion is made because the current date and time conflicts with the only date and time available to undersigned counsel that week for a now scheduled medical procedure.

DATED this 27th day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on June 27, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni