UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID GLENN WAITS,<br><br>        Defendant. | Case No. J05-0009 CR (JWS)<br><br>ORDER RESCHEDULING SENTENCING |

After due consideration of defendant's unopposed motion to reschedule sentencing, the motion is granted. The sentencing currently set for July 6, 2006, at 10:00 a.m., is rescheduled for _____, 2006, at _____ a.m./p.m.

DATED this ____ day of _____, 2005 in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge