UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAVID GLENN WAITS,<br><br>　　　　　Defendant. | Case No. 1:05-cr-00009 (JWS)<br><br>ORDER RESCHEDULING<br>SENTENCING |

After due consideration of defendant's unopposed motion to reschedule sentencing, the motion is **granted**. The sentencing currently set for July 6, 2006, at 10:00 a.m., is rescheduled for **July 6, 2006**, at **3:00 p.m.**

DATED this 29th day of June 2006.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　John W. Sedwick
　　　　　　　　　　　　United States District Court Judge