Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>DAVID GLENN WAITS,<br><br>                    Defendant. | Case No. 1:05-cr-0009-JWS<br><br>NOTICE OF FILING ADDITIONAL EXHIBIT |

Defendant, David Glenn Waits, by and through counsel Michael Dieni, Assistant Federal Defender, is filing Exhibit C to his Sentencing Memorandum, filed at Docket No. 42.  Attached hereto is Exhibit C, consisting photographs of Mr. Waits' Native artwork, a letter in support of Mr. Waits from Judith Maier, and a letter to the court from Mr. Waits.

///

///

///

///

DATED this 5th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on June 28, 2006, a copy of the foregoing document, with attachment, was served electronically on:

David A. Nesbett, Esq.

and a copy was hand delivered to:

United States Probation/Pretrial Services Office
222 West 7th Avenue, No. 48, Room 168
Anchorage, AK  99523

/s/ Michael D. Dieni