



Exhibit C
Page 1 of 4





Exhibit C
Page 2 of 4

16995

Glacier Hwy.

Juneau, Alaska 99801

Federal Public Defender
601 West Fifth Ave. Suite 800
Anchorage, Alaska 99501



Dear Mr. Dieni,

I write in regard to David Waits whom you are representing.

In November 2004 I met David when he was on a construction crew working in my home.
I observed his conscientious work ethic, his commitment to doing a good job, his looking
at the whole picture not simply the immediate task, his creative input, and his
consideration for the natural surroundings.  He worked hard;  he thought about the best
way to do the job;  he analyzed the components;  he added an artistic touch;  he treated
the materials,  people, and the earth with respect.  David was amiable and trust worthy.
He appreciated working  here.  David met my daughter and son-in-law.  He shared his
ideas, his hopes and dreams with us, and  we became friends.  Later David worked with
my nephew, who enjoyed  him as a person, and  appreciated him as a fellow workman.

Although I don't know much about alcolholism, I think David  struggles with that
disease.  It seems to me that his future depends on his  undergoing treatment and making
the commitment to not drink.  He is incredibly talented artistically and is a deeply
spiritual  person.  I hope that David can bring all his talents to fulfillment .  I consider him
a fine human being.

Thank you for representing David and helping find his destiny.

Sincerely,  *Judith Maier*

Judith Maier

Exhibit C
Page 3 of 4

Hornorable Judge Sedwick              3-20-06

Sir, I respectfully request a recomendation For the RDAP program due to my life long Struggle with Alchol!

I would Also ask that you please recomend For me to serve my sentence at Lewisburg or Allenwood P.A. As my oldest ████ son, Uncle Aunt and cousine live in Altoona 1½ hours Away. Thank you for your time sir



Exhibit C
Page 4 of 4