(Rev 2/06)

# LIST OF EXHIBITS

Case No. 1:05-cr-00009 JWS  ~~Magistrate Judge~~/Judge: John W. Sedwick

Title U.S.A.
vs. David Glenn Waits

Dates of Hearing/Trial: July 21, 2006

Deputy Clerk/Recorder: Elisa Singleton

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| David Nesbett | Michael Dieni |
| | |
| | |

---EXHIBITS---

| **PLAINTIFF** | | | | **DEFENDANT** | | | |
|---|---|---|---|---|---|---|---|
| EX #ID | | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | 7/21 | '83 Burglary Cert cy | | | | |
| 2 | X | 7/21 | '86 Robbery Cert cy | | | | |
| 3 | X | 7/21 | '89 Burglary Cert cy | | | | |
| 4 | X | 7/21 | Cert cy Summary | | | | |
| 5 | X | 7/21 | fingerprint comparison | | | | |