Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 1:05-cr-0009-JWS |
| vs. | NOTICE OF APPEAL |
| DAVID GLENN WAITS, | |
| Defendant. | |

Notice is hereby given that defendant David Glenn Waits appeals to the United States Court of Appeals for the Ninth Circuit from the

( )   conviction only (Fed. R. App. P. 4(b)(1)(A))

(X)   conviction and sentence

( )   sentence only (18 U.S.C. § 3742)

( )   order of restitution entered in this action.

The sentence imposed was 180 months incarceration, 60 months supervised release, and a $100 special assessment.  This notice is timely filed from the judgment entered in this matter on July 26, 2006.

DATED this 27th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on July 27, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni