RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

AUG 04 2006

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

FILED
DOCKETED

RECEIVED
AUG 11 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: USA v David Glenn Waits
Court of Appeals No. (leave blank if unassigned): _____
U.S. District Court Judge Name and Case No.: John W. Sedwick; 1:05-cr-00009-JWS
Date Complaint/Indictment/Petition Filed: 10/19/05
Date Appealed Order/Judgment *entered*: 7/26/06
Date NOA *filed*: 7/27/06
COA Status (check one):
__granted in full (attach order)      __denied in full (send record)
__granted in part (send record)       __pending

**06-30434**

Court Reporter(s) Name and Phone Number: Keitha Kolvig (907) 586-7458; Caroline Edmiston (907) 677-6103; Robin Carter (907) 677-6127; Elisa Singleton (907) 677-6105

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: _          Date Docket Fee billed: _
Date FP granted: _               Date FP denied: _
Is FP pending? no                Was FP Limited/Revoked? no
US Government Appeal?  no
Companion Cases? Please list: n/a

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Michael D. Dieni | David A. Nesbett |
| 601 W. 5th Ave., Suite 800 | 222 W. 7th Ave., #9 |
| Anchorage, AK 99501 | Anchorage, AK 99513 |
| Mike_Dieni@fd.org | david.nesbett@usdoj.gov |
| (907) 646-3480 | (907) 271-1500 |

__retained    __CJA    X FPD    __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _           Address: _
Custody: Yes
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _____     9th Circuit Docket Number: _____

Name and phone number of person completing this form: Pam Richter
                                                       (907) 677-6125

**SCANNED**