UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals #  **06-30434**     U.S. District Court #  **1:05-cr-0009-JWS**

Short Case Title     **United States v. David Glenn Waits**

Date Notice of Appeal Filed by Clerk of District Court   **7/27/2006**

*RECEIVED AUG 2 2 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA*

Section A - To Be completed by Party Ordering Transcript

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| 12/1/05 | | PRE-TRIAL PROCEEDINGS **Evidentiary Hearing** |
| 4/11/06; 7/6/06; 7/21/06 | | OTHER: **Sentencing** |

(Attach Additional Page for Designations if Necessary)

( )  As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( )  I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( )  I do not intend to designate any portion of the transcript and will notify Counsel of this intention.

(XX) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered  **8/21/06**        Estimated Date for Completion _____

Signature of Attorney  _[signature]_          Phone Number  **646-3400**

Address   **Assistant Federal Defender**
          **601 West 5th Avenue, Suite 800**
          **Anchorage, AK  99501**

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
   (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements fo payment have not been made pursuant to FRAP 10 (b).
    Approximate Number of Pages _____ Due

Date _____

Section C - To Be Completed by Court Reporter

    Date Transcript Filed _____ Court Reporter's Signature _____