**FILED**

UNITED STATES COURT OF APPEALS

DEC 07 2006

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-30434 |
|---|---|
| Plaintiff - Appellee, | 1:05-cr-00009 JWS |
| | D.C. No. CR-05-00009-A-JWS |
| v. | District of Alaska, Anchorage |
| DAVID GLENN WAITS, | |
| | ORDER |
| Defendant - Appellant. | |

**RECEIVED**

DEC 1 1 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The transcripts were due September 18, 2006. Appellant states that as of October 31, 2006, the transcripts for the hearings of April 11, 2006, July 6, 2006, and July 21, 2006 have not been filed. However, the district court docket indicates that the transcripts for the hearings of April 11, 2006, July 6, 2006, and July 21, 2006 were filed on November 16, 2006.

The opening brief is due January 19, 2007. The answering brief is due February 20, 2007. The optional reply brief is due 14 days after service of the answering brief.

The appellant's motion to stay is denied as moot.

No.06-30434

Court Recorder April Karper's motion for an extension of time to file the transcripts is denied as unnecessary.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

*[signature]*

Grace S. Santos
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note to Rule 27
   and Ninth Circuit 27-10

Pro 12.4