**RECEIVED**
**JAN 1 0 2007**
**CLERK U.S. DISTRICT COURT**
**ANCHORAGE, ALASKA**

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
SUPPLEMENTAL TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # **06-30434**    U.S. District Court # **1:05-cr-0009-JWS**

Short Case Title    **United States v. David Glenn Waits**

Date Notice of Appeal Filed by Clerk of District Court    **7/27/2006**

Section A - To Be completed by Party Ordering Transcript

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
|  |  | VOIR DIRE |
|  |  | OPENING STATEMENTS |
|  |  | SETTLEMENT INSTRUCTIONS |
|  |  | CLOSING ARGUMENTS |
|  |  | JURY INSTRUCTIONS |
|  |  | PRE-TRIAL PROCEEDINGS |
| 12/28/05 |  | OTHER: **Change of Plea Hearing** |

(Attach Additional Page for Designations if Necessary)

( )  As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( )  I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( )  I do not intend to designate any portion of the transcript and will notify Counsel of this intention.

(XX)  As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered  **1/10/07**         Estimated Date for Completion ____

Signature of Attorney  _[signature]_        Phone Number **646-3400**

Address    **Assistant Federal Defender**
           **601 West 5th Avenue, Suite 800**
           **Anchorage, AK 99501**

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
    (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements fo payment have not been made pursuant to FRAP 10 (b).
    Approximate Number of Pages _____ Due

Date _____

Section C - To Be Completed by Court Reporter

Date Transcript Filed _____ Court Reporter's Signature _____