UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 14 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-30434 |
| Plaintiff - Appellee, | D.C. No. CR-05-00009-A-JWS |
| v. | District of Alaska |
| DAVID GLENN WAITS, | |
| Defendant - Appellant. | ORDER |

**RECEIVED**

JAN 18 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Appellant's unopposed motion for a continuance of oral argument is

GRANTED.  The case is removed from the February 4, 2008, Seattle calendar,

and it shall be rescheduled for the next available hearing date.

FOR THE COURT:

CATHY A. CATTERSON
CLERK OF COURT

By:    **REDACTED SIGNATURE**
         Jennifer Flowers
         Deputy Clerk