

**RECEIVED** AUG 22 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**FILED**
AUG 18 2008
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DAVID GLENN WAITS,<br><br>Defendant - Appellant. | No. 06-30434<br><br>D.C. No. CR-05-00009-A-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Before: TASHIMA, McKEOWN, and W. FLETCHER, Circuit Judges.

Appellant's motion for stay of petition for rehearing en banc review pending final resolution of the petition for rehearing en banc in *United States v. Mayer*, 530 F.3d 1099 (9th Cir. 2008) is hereby GRANTED.

Appellant's petition for rehearing en banc is due fourteen days from the filing of the order disposing of the petition for rehearing en banc in *Mayer*.